

## TRIAL LAWYERS

*Clayton E. Wire*
*clayton.wire@ogbornmihm.com*
*Admitted in Colorado*

May 7, 2013

**Certified Mail, Return Receipt Requested**

Bob Murphy, Mayor
City of Lakewood
Lakewood Civic Center South
480 S. Allison Parkway
Lakewood, CO 80226-3127

Kathy Hodgson, City Manager
City of Lakewood
Lakewood Civic Center South
480 S. Allison Parkway
Lakewood, CO 80226-3127

City of Lakewood City Council
Lakewood Civic Center South
480 S. Allison Parkway
Lakewood, CO 80226-3127

Timothy Cox, Esq.
City Attorney for the City of Lakewood
Lakewood Civic Center
480 S. Allison Parkway
Lakewood, CO 80226

Chief of Police Kevin Paletta
Lakewood Police Department
455 South Allison Parkway
Lakewood, CO 80226

John William Suthers, Esq.
Colorado Attorney General
1525 Sherman St., 7th floor
Denver, CO 80203

*Re:*          *Injured Party:*     *James Davies, Tami Davies, the Estate of James Davies, and the minor children of James & Tami Davies, 8924 West Capri, Littleton, CO 80123*
               *Date of Injury:*    *November 9, 2012*

To Whom It May Concern,

    This law firm represents Tami Davies, individually, as the personal representative of the estate of James Davies, and as guardian of her minor children, with regard to injuries sustained as the result of the shooting death of her husband, Officer James Davies of the Lakewood Police Department, on November 9, 2012. Pursuant to the requirements of the Colorado Governmental Immunity Act, C.R.S. § 24-10-109, this correspondence shall serve as Notice of Claim. According to the above statute, if a claim is against any public entity or an employee thereof, the notice shall be filed with the governing body of the public entity or the attorney representing the public entity. Upon information and belief, the City of Lakewood is the governing body of the Lakewood Police Department. If this is not the case, please inform us who is the proper governing body of the Lakewood Police Department.

    In the early morning of November 9, 2012, Officer James Davies, and several other members of the Lakewood Police Department were dispatched to the area of 1940 Eaton, Edgewater, Colorado, regarding reports of gun shots being fired. As part of the response to this incident, Officer Davies was ordered to, and did, take an outer perimeter position on the North side of the residence identified by the on-scene Officer in Charge, Sergeant Michelle Current, as the source of the gun shots. Once the three occupants of the residence surrendered and were in custody, several Lakewood Police Department officers entered the residence to "clear" it, one of who was Sergeant Tom Grady. Once inside, these officers discovered that there were several pit-bulls in the home. In order to contain these dogs, the officers on scene requested that restraint and protective equipment be brought from the LPD station. Officer Devaney Braley responded to this request and brought the requested equipment. Once on scene, Officer Braley, a SWAT member, was recruited by Sergeant Grady to participate in "clearing" the house from the exterior. Officer Braley, Sergeant Grady, and another SWAT member then donned their tactical equipment and exited the residence out of the north facing door that Officer Davies was watching, a position that Officer Davies had communicated through several radio transmissions throughout the morning. Officer Braley led the other two officers out of the residence, and began to scan the backyard of the residence. Officer Braley saw Officer Davies' head and shoulders above the backyard privacy fence, he also saw a pistol in Officer Davies right hand. Officer Braley yelled for Officer Davies to drop his gun and then almost immediately fired several rounds at Officer Davies, one of which struck Officer Davies below his left eye. Officer Davies was subsequently pronounced dead.

    The City of Lakewood and the LPD, as municipal entities, were deliberately indifferent, acted heedlessly, recklessly, and without regard to the rights and safety of the public they are charged with the duty to protect, including Officer Davies. The willful and wanton acts and omissions of these public entities were a moving force in the death of Officer Davies.

Further, the LPD's command staff, including, but not limited to, Chief Kevin Paletta, Sergeant Current, and Sergeant Grady, acted in a deliberately indifferent, reckless, and willful and wanton manner. Moreover, their actions were not objectively reasonable under the circumstances on November 9, 2012.

Finally, Officer Braley acted in a manner that was objectively unreasonable, reckless, and deliberately indifferent, given the absence of a physical threat to Officer Braley.

The City of Lakewood, the LPD, and their current and former employees, in their official and individual capacities, violated Officer Davies, Tami Davies, and the Davies' children's civil rights, as well as their rights under Colorado law. Tami Davies, individually, as administrator of the estate of James Davies, and as guardian of her children, may assert claims for liability under 42 USC § 1983 for the deprivation of their rights under the U.S. Constitution and common law actions under Colorado Law.

The estate of James Davies has suffered significant losses as a result of the death of Officer Davies, including the loss of income and the death itself of Officer Davies. Tami Davies has suffered significant damages as the result of her husband. The Davies' children have suffered the loss of their father, caregiver, and financial provider. We estimate that the damages suffered by the estate of James Davies, Tami Davies, and the Davies' children, likely substantially exceeds $1,000,000.00.

Should you contend that a party other than the Lakewood Police Department is liable for the injuries suffered, please provide the name of that party and an explanation as to the reasons that party should be held liable. You may contact me at the telephone number and address listed above.

Please note that this communication, in its entirety, and the contents shall not be disclosed or disseminated in any meeting, or otherwise, as defined and pursuant to §24-6-401 *et seq.* as this communication relates to a personnel matter. Tami Davies does not provide consent at this time to discuss these personnel matters in any open meeting. Further, this document is protected by the mandatory nondisclosure provisions of the Colorado Open Records Act under §24-72-201 *et seq.* as it relates to a personnel matter. Thank you in advance for your cooperation.

Sincerely,

OGBORN MIHM, LLP

Clayton E. Wire

US POSTAGE PAID, PITNEY BOWES, $006.110, MAY 07 2013, 02 1P, 0003998166, MAILED FROM ZIP CODE 80290

CERTIFIED MAIL

7011 0470 0003 0512 8973

OGBORN **MIHM** LLP
TRIAL LAWYERS
1700 Broadway, Suite 1900
Denver, Colorado 80290

Bob Murphy, Mayor
City of Lakewood
Lakewood Civic Center South
480 S. Allison Parkway
Lakewood, CO 80226-3127



Kathy Hodgson, City Manager
City of Lakewood
Lakewood Civic Center South
480 S. Allison Parkway
Lakewood, CO 80226-3127

OGBORN **MIHM** LLP
TRIAL LAWYERS
1700 Broadway, Suite 1900
Denver, Colorado 80290

CERTIFIED MAIL

7011 0470 0003 0512 8966

UNITED STATES POSTAGE
$ 006.11⁰
PITNEY BOWES
02 1P
0003998166 MAY 07 2013
MAILED FROM ZIP CODE 80290



$006.11⁰
MAY 07 2013
MAILED FROM ZIP CODE 80290
0003998166
02 1P

CERTIFIED MAIL

7011 0470 0003 0512 8959

OGBORN MIHM LLP
TRIAL LAWYERS
1700 Broadway, Suite 1900
Denver, Colorado 80290

City of Lakewood City Council
Lakewood Civic Center South
480 S. Allison Parkway
Lakewood, CO 80226-3127

OGBORN **MIHM** LLP
TRIAL LAWYERS

1700 Broadway, Suite 1900
Denver, Colorado 80290

CERTIFIED MAIL

7011 0470 0003 0512 8942

US POSTAGE $006.110
PITNEY BOWES
02 1P
0003998166 MAY 07 2013
MAILED FROM ZIP CODE 80290

Timothy Cox, Esq.
City Attorney for the City of Lakewood
Lakewood Civic Center
480 S. Allison Parkway
Lakewood, CO  80226

UNITED STATES POSTAGE
PITNEY BOWES
$ 006.11⁰
02 1P
0003998166  MAY 07 2013
MAILED FROM ZIP CODE 80290

CERTIFIED MAIL™

7011 0470 0003 0512 8911

OGBORN**MIHM** LLP
TRIAL LAWYERS
1700 Broadway, Suite 1900
Denver, Colorado 80290

Chief of Police Kevin Paletta
Lakewood Police Department
455 South Allison Parkway
Lakewood, CO  80226



OGBORN **MIHM** LLP
TRIAL LAWYERS
1700 Broadway, Suite 1900
Denver, Colorado 80290

7011 0470 0003 0512 8935

CERTIFIED MAIL

John William Suthers, Esq.
Colorado Attorney General
1525 Sherman St., 7th floor
Denver, CO 80203