IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action: 14-cv-01285-RBJ-NYW  Date: January 13, 2016
Courtroom Deputy: Valeri P. Barnes  Court Reporter: Kara Spitler

| *Parties* | *Counsel* |
|---|---|
| TAMARA DAVIES, as personal representative of the Estate of James Davies, | *Murray Ogborn* <br> *Clayton Wire* |
| **Plaintiff,** | |
| v. | |
| THE CITY OF LAKEWOO, COLORADO, and its Police Department, | *Andrew Ringel, Thomas Lyons* |
| AGENT DEVANEY (D.J.) BRALEY, in his individual capacity, | *Katherine Pratt* |
| SERGEANT MICHELLE CURRENT, in her individual capacity, and | *Jonathan Abramson* |
| SERGEANT THOMAS GRADY, in his individual capacity, | *Joel Fulton* |
| **Defendants.** | |

## COURTROOM MINUTES

**DAUBERT HEARING**

Court in Session: 10:14 a.m.

Appearance of counsel.

Opening statements.

Court in Recess: 12:00 p.m.
Court in Session: 1:07 p.m.

Plaintiff's expert, Dan Montgomery, called and sworn.

| | |
|---|---|
| 1:10 p.m. | Examination by Mr. Ringel. |
| 1:58 p.m. | Examination by Ms. Pratt. |
| 2:00 p.m. | Examination by Mr. Fulton. |
| 2:01 p.m. | Examination by Mr. Ogborn. |
| 2:14 p.m. | Witness excused. |

**ORDERED:  [166] Defendants' Fed.R.Evid.702 Motion to Exclude Expert Testimony of Dan Montgomery is taken under advisement.**

Court in Recess:  2:25 p.m.          Hearing concluded.          Total time in Court: 3:04