IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action:  14-cv-01285-RBJ-NYW            Date:  January 14, 2016
Courtroom Deputy:  Valeri P. Barnes            Court Reporter:  Kara Spitler

| *Parties* | *Counsel* |
|---|---|
| TAMARA DAVIES, as personal representative of the Estate of James Davies, | *Murray Ogborn* <br> *Clayton Wire* |
| **Plaintiff,** | |
| v. | |
| THE CITY OF LAKEWOO, COLORADO, and its Police Department, | *Thomas Lyons* |
| AGENT DEVANEY (D.J.) BRALEY, in his individual capacity, | *Katherine Pratt* |
| SERGEANT MICHELLE CURRENT, in her individual capacity, and | *Jonathan Abramson* |
| SERGEANT THOMAS GRADY, in his individual capacity, | *Timothy Schimberg, Joel Fulton* |
| **Defendants.** | |

**COURTROOM MINUTES**

**DAUBERT HEARING**

Court in Session:  9:49 a.m.

Appearance of counsel.

Plaintiff's expert, Dr. Ron Martinelli, called and sworn.
9:51 a.m.        Examination by Ms. Pratt.

Court in Recess:  10:17
Court in Session: 10:33

| | |
|---|---|
| 10:33 a.m. | Continued examination of Dr. Ron Martinelli by Ms. Pratt. |
| 10:24 a.m. | Examination by Mr. Ogborn. |
| 11:03 a.m. | Re-examination by Ms. Pratt. |
| 11:08 a.m. | Examination by Mr. Schimberg. |
| 11:11 a.m. | Witness excused. |

Argument by counsel.

**ORDERED:  [181] Defendants' Joint Motion *in Limine* Pursuant to FRE 702 to Exclude Opinions of Dr. Ron Martinelli Cited Within Plaintiff's Combined Response to Defendants' Motion for Summary Judgment is taken under advisement.**

Court in Recess: 12:02 p.m.          Hearing concluded.          Total time in Court: 1:57