IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 14-cv-01285-RBJ-NYW | Date: January 28, 2016 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| TAMARA DAVIES, as personal representative of the Estate of James Davies, | Clayton Wire |
| | Murray Ogborn |
| Plaintiff, | |
| v. | |
| THE CITY OF LAKEWOOD, COLORADO, and its Police Department, | Andrew Ringel |
| DEVANEY (D.J.) BRALEY, in his individual capacity, | Josh Marks |
| MICHELLE CURRENT, in her individual capacity, and | Jordan Lubeck |
| THOMAS GRADY, in his individual capacity, | Timothy Schimberg |
| Defendants. | |

## COURTROOM MINUTES

**DAUBERT HEARING**

Court in Session: 9:39 a.m.

Appearances of counsel.

Discussion regarding experts who have not been challenged.

Defendants' expert, William Everett, called and sworn.

9:43 a.m.  Examination of Mr. Everett by Mr. Wire.

10:18 a.m.  Examination of Mr. Everett by Mr. Marks.

10:29 a.m.  Examination of Mr. Everett by Mr. Wire.

10:41 a.m.   Court asks questions of Mr. Everett.

10:45 a.m.   Further examination of Mr. Everett by Mr. Wire.

10:46 a.m.   Court asks further questions of Mr. Everett.

10:47 a.m.   Witness excused.

Court in Recess:   10:48 a.m.
Court in Session:   11:01 a.m.

Defendants' expert, William Spence, called and sworn.

11:02 a.m.   Examination of Mr. Spence by Mr. Wire.
             **Exhibits 1 and 3 received.**

11:24 a.m.   Witness excused.

Plaintiff's expert, Lisa Fournier, called and sworn.

11:25 a.m.   Examination of Dr. Fournier by Mr. Ogborn.

12:00 p.m.   Examination of Dr. Fournier by Mr. Marks.

12:14 p.m.   Witness excused.

Mr. Wire answers questions of the Court.

Statement by Mr. Ringel regarding reserving the opportunity to conduct Dr. Fournier's deposition prior to trial.  Counsel shall resolve this matter between themselves.

**ORDERED:**  Plaintiff's Motion to Limit the Expert Opinion Testimony of William Spence and William Everett and Alternatively to Allow Sur-Rebuttal Expert Testimony (Doc. No. 187) is **TAKEN UNDER ADVISEMENT**.

Court in Recess:   12:23 p.m.   Hearing concluded.   Total time in Court:   2:31